IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              Case No.  2:21-cr-20005-001

JEFFREY CALLEN GONZAGOWSKI, JR.                                    DEFENDANT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), Local Rule 72.1 ¶ XII, and General Order No. 40, this matter was referred to the undersigned for the purposes of conducting a plea hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  Such a hearing was conducted on March 26, 2021, and, pursuant to a written Plea Agreement, the Defendant agreed to waive indictment by a grand jury and consent to the filing of an Information charging the Defendant with one count of Interstate Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, in Violation of Title 18, United States Code, Section 2423(a).  The Defendant agreed to plead guilty to the Information.

The Plea Agreement states, inter alia, that the Defendant agrees to pay full restitution to all victims of the offense to which Defendant is pleading guilty, and for all losses caused by Defendant's criminal conduct, even if such losses resulted from crimes not charged in the Information or admitted by Defendant.

After conducting the hearing in the form and manner prescribed by Rule 11, the undersigned finds:

1.       The Defendant, after consultation with his counsel, has knowingly and voluntarily consented, both in writing and on the record, to the entry of his guilty plea before the undersigned, with the plea being subject to final approval by U. S. District Judge P. K. Holmes, III.

2.       The Defendant and the Government have entered into a written Plea Agreement which has been disclosed in open court pursuant to Rule 11(c)(2), and the undersigned has directed that the Plea Agreement be filed.

3.       The Defendant is fully competent and capable of entering an informed plea; he is aware of the nature of the charge, the applicable maximum penalties, and the consequences of the guilty plea; he is fully satisfied with his counsel and has had sufficient time to consult with him; and the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

4.       The Defendant understands his constitutional and statutory rights and wishes to waive these rights.

5.       The parties were informed, both in writing and on the record at the hearing, of their right to file written objections within fourteen (14) days after receipt of this Report and Recommendation.  To expedite acceptance of the guilty plea, the parties waived, both on the record and in writing, their right to file objections.

Based on the foregoing, the undersigned recommends that the Defendant's guilty plea be accepted and that the written Plea Agreement be tentatively approved, subject to final approval at sentencing.

DATED: March 26, 2021.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE