UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                          No. 2:21-cr-20005

JEFFREY CALLEN GONZAGOWSKI, JR.                                                DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 68) from Chief United States Magistrate Judge Mark E. Ford.  The Magistrate Judge recommends that the Court deny Defendant's motion to vacate his conviction under 28 U.S.C. § 2255 (Doc. 62).  Defendant has filed objections (Doc. 71), and the Court has reviewed the report and recommendation *de novo* in light of these objections.  28 U.S.C. § 636(b)(1)(C).  The Court agrees with the Magistrate Judge that Defendant's claim for ineffective assistance of counsel is meritless, and that regardless he is barred from raising the underlying issue of whether his guilty plea was knowing and voluntary because he previously litigated and lost it on direct appeal.  Accordingly, the report and recommendation (Doc. 68) is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to vacate (Doc. 62) is DENIED. No certificate of appealability shall issue.

IT IS SO ORDERED this 17th day of April, 2024.

/s/P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE